# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PLAYLV GAMING OPERATIONS, LLC, *et al.*,

    Plaintiffs,

v.

HANCO, INC.,

    Defendant.

Case No. 2:11-CV-01857-KJD-VCF

**ORDER**

    Before the Court is Plaintiffs PlayLV Gaming Operations, LLC, Plaza Hotel & Casino, LLC, and T-UPR, LLC's Motion for Partial Summary Judgment (#16). No opposition has been filed. Plaintiffs have also filed a Notice of Non-Opposition (#17).

    Local Rule 7-2 provides that failure to oppose a motion constitutes consent to the granting of the motion. The time for a response has past and Defendant has failed to provide any opposition. The Court has reviewed Plaintiffs' Motion and finds it to have merit.

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Partial Summary Judgment (#16) is **GRANTED**.

    **IT IS FURTHER ORDERED** that Plaintiffs provide the Court with a proposed judgment within 14 days of the date of this order.

    DATED this 3rd day of October 2012.

_____
Kent J. Dawson
United States District Judge