JACOB L. HAFTER, ESQ.
Nevada State Bar No. 9303
MICHAEL K. NAETHE, ESQ.
Nevada State Bar No. 11222
LAW OFFICE OF JACOB L. HAFTER & ASSOCIATES
7201 W. Lake Mead Blvd #210
Las Vegas, Nevada 89128
Tel: (702) 405-6700
Fax: (702) 685-4184

Attorneys for Plaintiff
Attorneys for PLAYLV GAMING OPERATIONS, LLC; PLAZA HOTEL & CASINO, LLC and T-UPR, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLAYLV GAMING OPERATIONS , LLC, a Nevada limited liability company, PLAZA HOTEL & CASINO, LLC, a Nevada limited liability company, and T-UPR, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>HANCO, INC., an Indiana corporation, DOES 1-10, individuals, inclusive and ROE ENTITIES S 1-10, inclusive.<br><br>Defendants. | Case No.: 2:11-cv-01857<br><br><br><br>**JUDGMENT** |

On July 13, 2012, Plaintiffs filed a Motion for Partial Summary Judgment with this Court.  The Defendant should have filed a response no later than July 31, 2012.  As no written opposition was filed by the Defendant in this matter, the Court granted the Plaintiffs' Motion.

///
///
///
///
///
///

1

Judgment is hereby entered in favor of Plaintiffs PlayLV Gaming Operations, LLC, Plaza Hotel & Casino, LLC and T-UPR, LLC and against Defendant Hanco, Inc. in the amount of $108,637.50.  The Judgment does not include taxable costs, attorney's fees or prejudgment interest.  The Judgment includes post judgment interest, provided the Judgment is paid within fourteen (14) days of entry of the Judgment by the Court.

**IT IS SO ORDERED.**

Dated this __23rd__ day of October, 2012.

_____
Kent J. Dawson
United States District Judge

Respectfully Submitted By:

LAW OFFICE OF JACOB HAFTER & ASSOCIATES

By: _____

JACOB L. HAFTER, ESQ.
Nevada Bar Number 9303
Michael Naethe, Esq.
Nevada Bar Number 11122
7201 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
Attorneys for Plaintiff



7201 W. Lake Mead Blvd, Suite 210
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile